# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **STANLEY L. BROWN, AIS # 267049,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 11-0147-WS-N |
| **WARDEN GOODMAN, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** this 12th day of June, 2012.

                                   s/WILLIAM H. STEELE
                                   CHIEF UNITED STATES DISTRICT JUDGE